1   BILAL A. ESSAYLI
    Acting United States Attorney
2   CHRISTINA T. SHAY
    Assistant United States Attorney
3   Chief, Criminal Division
    NICHOLAS G. PURCELL (Cal. Bar No. 313632)
4   Assistant United States Attorney
    General Crimes Section
5        1200 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-3752
7        Facsimile: (213) 894-0141
         E-mail:    nicholas.purcell@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10
                      UNITED STATES DISTRICT COURT
11
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,          No. 2:25-mj-005059-DUTY
13
              Plaintiff,               [PROPOSED] ORDER TO DISMISS
14                                     COMPLAINT WITHOUT PREJUDICE
              v.                       AGAINST DEFENDANT AVERY QUINN
15                                     SCOPE CRAFTS PURSUANT TO FEDERAL
                                       RULE OF CRIMINAL PROCEDURE 48(a)
16  AVERY QUINN SCOPE CRAFTS, et al.,

17            Defendants.

18

19       The Court has read and considered the government's motion to

20  dismiss the complaint without prejudice against defendant Avery Quinn

21  Scope Crafts.  The Court finds that there is good cause to dismiss

22  the complaint in the interests of justice specifically as to

23  defendant Avery Quinn Scope Crafts.

24  //

25  //

26  //

27

28

     Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant Avery Quinn Scope Crafts in the interests of justice.  Defendant Avery Quinn Scope Crafts' bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

     The complaint is <u>not</u> dismissed as to co-defendant Mario Chacon.

     IT IS SO ORDERED.

_____  _____
 DATE                                                                    HONORABLE ALKA SAGAR
                                                                              UNITED STATES MAGISTRATE JUDGE

Presented by:

             /s/
_____
NICHOLAS G. PURCELL
Assistant United States Attorney