FILED
CLERK, U.S. DISTRICT COURT

9/15/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00761-AB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| MARIO CHACON, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about August 15, 2025, in Los Angeles County, within the Central District of California, defendant MARIO CHACON intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim Z.C., an employee of the United States Department of Homeland Security, Federal Protective Service, while

//

//

1 Z.C. was engaged in, and on account of, the performance of Z.C.'s
2 official duties.

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

NICHOLAS G. PURCELL
Assistant United States Attorney
General Crimes Section